## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

FILED JUL 14 2005

In Re: ANNETTE AMIS and GILBERT H. AMIS, JR.

Debtors.

GILBERT H. AMIS, JR.

Plaintiff,

vs.

UNITED STATES OF AMERICA, EX.REL DEPARTMENT OF EDUCATION; DIRECT LOANS, WILLIAM D. FORD FEDERAL DIRECT LOAN PROGRAM

Defendant.

Bankruptcy No.   03-20823-WV
Chapter 7

Adversary No.   04-1003-WV

### ORDER

NOW ON this _____ day of _____, 2005, this matter comes on before me, the undersigned Chief Bankruptcy Judge of the United States Bankruptcy Court, for the Western District of Oklahoma, upon the Plaintiff/Debtor's Motion to Continue Previous Stay Order in Full Force and Effect or Dismiss Adversary Proceeding. Plaintiff appears by and through his attorney of record, Paul Streck and Defendant, appears by and through its attorney of record, Ronny Pyle, Assistant United States Attorney.

And the Court, for good cause shown, FINDS and ORDERS as follows:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by this Court, that the captioned proceeding be and the same is moot, due to the Administrative Proceeding which has granted the Plaintiff/Debtor the relief requested in this Adversary Proceeding, conditioned upon



the Plaintiff/Debtor meeting future eligibility requirements and no need exists for this Court to take action and this case is hereby dismissed.

Executed this     JUL 1 4 2005

_____
T.M. Weaver, Chief Bankruptcy Judge

APPROVED:

_____
PAUL STRECK (OBA 013118)
2300 S. Broadway, Suite 100
Edmond, Oklahoma 73013
(405) 330-1303 FAX (405) 330-1903
Attorney for Plaintiff

_____
RONNY D. PYLE (OBA 7361 )
Assistant United States Attorney
Office of U.S. Attorney, Robert G. McCampbell
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 FAX (405) 553-8885
Attorney for Defendant